# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 28, 2025

## NO. 03-25-00238-CV

**Charles B. Moody, Appellant**

**v.**

**Holly Jean Paxton, Appellee**

**APPEAL FROM COUNTY COURT AT LAW OF BURNET COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order signed by the trial court on February 24, 2025. Having reviewed the record, the Court holds that Charles B. Moody has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.